UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-22551 |
| KATARA, DILIP S | Chapter: 7 -- Liquidation |
| KATARA, PRIYA | Judge: VINCENT F. PAPALIA |

**NOTICE OF PROPOSED ABANDONMENT**

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
James J. Waldron
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed a hearing will be held before the Honorable VINCENT F. PAPALIA on 10/04/2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
109 Swiatek Court
Mahwah, NJ 07430
Property has a fair market value of $452.00 per Mack Appraisal Service

Liens on property:
Mortgage is held by
Bank of NY Mellon
with a balance of
$521,497.00
With the cost of sale the Trustee believes this property has no value to the estate.

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Nicholas J. Delzotti
Address: PO Box, 20117, Newark, NJ 07102
Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 16-22551-VFP
Dilip S Katara                                                        Chapter 7
Priya Katara
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                 Page 1 of 3          Date Rcvd: Sep 06, 2016
                             Form ID: pdf905             Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db/jdb         +Dilip S Katara,    Priya Katara,    109 Swiatek Court,    Mahwah, NJ 07430-2962
516262368      +AES/NCT,    1200 North 7th Street,    Harrisburg, PA 17102-1419
516262367      +AES/NCT,    P.O. Box 61047,    Harrisburg, PA 17106-1047
516262373      +AMI, Inc.,    2109 St. Georges Avenue,    Rahway, NJ 07065-2060
516262369      +American Education Services,    P.O. Box 61047,    Harrisburg, PA 17106-1047
516262370      +American Education Services,    P.O. Box 61047,    Harrisburgh, PA 17106-1047
516262371      +Amerifinancial Solution,    P.O. Box 7,    Vassar, MI 48768-0007
516262372      +Amerisol,    P.O. Box 7,    Vassar, MI 48768-0007
516262374     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262379      +Bank of America, NA (FDIC),    100 North Tryon Street,    Charlotte, NC 28202-4000
516262380      +Barclays Bank Delaware,    700 Prides Xing,    Newark, DE 19713-6102
516262381      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
516262382      +Barclays Bank Delaware (FDIC),    Headquarters,    125 South West Street,
                 Wilmington, DE 19801-5014
516262389     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,     15000 Capital One Drive,
                 Richmond, VA 23238)
516262383      +Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
516262384      +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516262388      +Capital One Bank (USA), NA (FDIC),     4851 Cox Road,    Glen Allen, VA 23060-6293
516262392      +Capital One/Best Buy Headquarters,     7601 Penn Avenue South,    Richfield, MN 55423-5007
516262393      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262394       Chase Bank Card,    P.O. Box 15238,    Wilmington, DE 19850
516262395      +Chase Bank USA, NA (FDIC),    200 White Clay Center Drive,    Newark, DE 19711-5466
516262396      +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262401       Citi,    Credit Bureau Disp,    Sioux Falls, SD 57117
516262399      +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
516262402       Citi Visa,    Att: United Recovery Systems,    P.O. Box 722910,    Houston, TX 77272-2910
516262403      +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
516262404      +Citibank,    Att: Client Services, Inc.,    3451 Harry S. Truman Boulevard,
                 Saint Charles, MO 63301-9816
516262405      +Citibank Stu,    701 E. 60th Streey North,    Sioux Falls, SD 57104-0493
516262406      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
516262407      +Client Services, Inc.,    3451 Harry S. Truman Boulevard,    Saint Charles, MO 63301-9816
516262408      +Community Management Corp.,    1030 Clifton Avenue - #205,    Clifton, NJ 07013-3522
516262413      +DSNB Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
516262409      +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
516262414       Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309
516262415      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
516262416      +Future Scripts,    P.O. Box 30219,    Tampa, FL 33630-3219
516262417       Future Scripts,    P.O. Box 790227,    Saint Louis, MO 63179-0227
516262419      +GC Services Ltd Partnership,    6330 Gulfton - #303,    Houston, TX 77081-1108
516262420      +GC Services Ltd Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
516262418      +Gastrointestinal Associates,    140 Chestnut Street - Suite 300,    Ridgewood, NJ 07450-2518
516262421      +Independent Recovery Resources,    24 Railroad Avenue,    Patchogue, NY 11772-3518
516262422      +JPMorgan Chase Bank, N.A. (FDIC),     1111 Polaris Parkway,    Columbus, OH 43240-2031
516262423      +KML Law Group PC,    416 Haddon Avenue - Suite 406,    Westmont, NJ 08108-1330
516262424      +Madison Trust for Stonefield IV,    21 Robert Pitt Drive - Suite 207,    Monsey, NY 10952-5305
516262426      +Mahwah Tax Collector,    P.O. Box 769,    Mahwah, NJ 07430-0769
516262425      +Mahwah Tax Collector,    475 Corporate Drive,    P.O. Box 733,    Mahwah, NJ 07430-0733
516262428      +Neurology Group of Bergen County,     Att: Independent Recovery Resources,    24 Railroad Avenue,
                 Patchogue, NY 11772-3518
516262429      +Neurology Group of Bergen County,     1200 East Ridgewood Avenue,    Second Floor - West Wing,
                 Ridgewood, NJ 07450-3937
516262430      +ODPC/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
516262431      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516262432       PNC Bank, N.A.,    P.O. Box 1397,    Pittsburgh, PA 15230-1397
516262433      +PNC Bank, NA (FDIC),    222 Delaware Avenue,    Wilmington, DE 19801-1621
516262438       Sears/CBNA,    133200 Smith Road,    Cleveland, OH 44130
516262434      +Sears/CBNA,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
516262436      +Sears/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
516262435      +Sears/CBNA,    Att: GC Services Ltd Partnership,     6330 Gulfton - #303,
                 Houston, TX 77081-1108
516262439      +Shellpoint Mortgage Services,    55 Beattie Place - Suite 110,    Greenville, SC 29601-5115
516262440       Shellpoint Mortgage Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
516262442      +State of NJ Student Assoc.,    P.O. Box 543,    Trenton, NJ 08625-0543
516262441      +State of NJ Student Assoc.,    P.O. Box 538,    Trenton, NJ 08625-0538
516262444      +State of NJUStudent Assoc.,    4 Quaker Bridge Plaza,    P.O. Box 544,    Trenton, NJ 08625-0544
516262445      +Student Loan Trust,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
516262446      +Summit Collection Services,    50 N Franklin Turnpike - Suite 1,    Ho Ho Kus, NJ 07423-1562
516262448      +The Bank of New York,    Att: KML Law Group PC,    216 Haddon Avenue - Suite 406,
                 Westmont, NJ 08108-2812
516262449       Trans Union,    P.O. Box 2000,    Chester, PA 19022-2000
```

```
District/off: 0312-2          User: admin              Page 2 of 3                    Date Rcvd: Sep 06, 2016
                              Form ID: pdf905          Total Noticed: 84


516262450      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631
516262451      +Transworld Systems Inc.,    Two Huntington Quadrangle,    Suite 3NO2,    Melville, NY 11747-4503
516262453      +UNVL/Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
516262455      +Valley Emergency Room Assoc. PA,    223 N Van Dien Avenue,    Ridgewood, NJ 07450-2726
516262454      +Valley Emergency Room Assoc. PA,    Att: Amerifinancial Solution,    P.O. Box 7,
                 Vassar, MI 48768-0007
516262457      +Valley Hospital,    223  N. Van Dien Avenue,    Ridgewood, NJ 07450-2736
516262456      +Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
516262458      +Valley Hospital,    Att: Transworld Systems Inc.,    Two Huntington Quadrangle,    Suite 3N02,
                 Melville, NY 11747-4510
516262460      +Valley Medical Services,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2726
516262459      +Valley Medical Services,    Att: Summit Collection Services,    50 N Franklin Turnpike - Suite 1,
                 Ho Ho Kus, NJ 07423-1570
516262461      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494
516262463      +WF/WB,    P.O. Box 3117,    Winston Salem, NC 27102-3117
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2016 23:52:43      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2016 23:52:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516262410       E-mail/Text: mrdiscen@discover.com Sep 06 2016 23:52:01      Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
516262427      +E-mail/PDF: pa_dc_claims@navient.com Sep 06 2016 23:48:47      Navient,   P.O. Box 9500,
                 Wilkes-Barre, PA 18773-9500
516262447      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:49:22      SYNCB/Lord & Taylor,
                 P.O. Box 965015,    Orlando, FL 32896-5015
516262452       E-mail/Text: bnc@alltran.com Sep 06 2016 23:52:02      United Recovery Systems,
                 P.O. Box 722910,    Houston, TX 77272-2910
516262462      +E-mail/Text: vci.bkcy@vwcredit.com Sep 06 2016 23:52:48      VW Credit Inc,
                 1401 Franklin Boulevard,    Libertyville, IL 60048-4460
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516262375*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262376*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262377*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262378*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262390*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA,     15000 Capital One Drive,
                 Richmond, VA 23238)
516262391*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA,     15000 Capital One Drive,
                 Richmond, VA 23238)
516262386*     +Capital One,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3438
516262387*     +Capital One,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3438
516262397*     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262398*     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262400*     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
516262411*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial Services,     P.O. Box 15316,
                 Wilmington, DE 19850)
516262412*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial Services,     P.O. Box 15316,
                 Wilmington, DE 19850)
516262437*     +Sears/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
516262443*     +State of NJ Student Assoc.,    P.O. Box 543,    Trenton, NJ 08625-0543
516262385    ##+Capital One,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3438
                                                                                     TOTALS: 0, * 15, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2               User: admin                  Page 3 of 3                   Date Rcvd: Sep 06, 2016
                                   Form ID: pdf905              Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Madison Trust Company as Collateral Assignee of
               Stonefield Investment Fund IV, LLC agreenberg@hgllclaw.com,  Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Michelle  Labayen    on behalf of Plaintiff Dilip Shiv Katara njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Michelle  Labayen    on behalf of Plaintiff Priya Dilip Katara njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Virginia E. Fortunato    on behalf of Joint Debtor Priya  Katara njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
              Virginia E. Fortunato    on behalf of Debtor Dilip S Katara njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
                                                                                             TOTAL: 8
```