**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dilip S Katara** | Social Security number or ITIN **xxx–xx–0994** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Priya Katara** | Social Security number or ITIN **xxx–xx–9250** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–22551–VFP**

## Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dilip S Katara                                          Priya Katara

9/30/16                                                 **By the court:**  Vincent F. Papalia
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 16-22551-VFP
Dilip S Katara                                                        Chapter 7
Priya Katara
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 3                  Date Rcvd: Sep 30, 2016
                              Form ID: 318                Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db/jdb         +Dilip S Katara,    Priya Katara,    109 Swiatek Court,    Mahwah, NJ 07430-2962
516262368      +AES/NCT,    1200 North 7th Street,    Harrisburg, PA 17102-1419
516262367      +AES/NCT,    P.O. Box 61047,    Harrisburg, PA 17106-1047
516262373      +AMI, Inc.,    2109 St. Georges Avenue,    Rahway, NJ 07065-2060
516262369      +American Education Services,    P.O. Box 61047,    Harrisburg, PA 17106-1047
516262370      +American Education Services,    P.O. Box 61047,    Harrisburgh, PA 17106-1047
516262371      +Amerifinancial Solution,    P.O. Box 7,    Vassar, MI 48768-0007
516262372      +Amerisol,    P.O. Box 7,    Vassar, MI 48768-0007
516262379      +Bank of America, NA (FDIC),    100 North Tryon Street,    Charlotte, NC 28202-4000
516262388      +Capital One Bank (USA), NA (FDIC),    4851 Cox Road,    Glen Allen, VA 23060-6293
516262392      +Capital One/Best Buy Headquarters,    7601 Penn Avenue South,    Richfield, MN 55423-5007
516262394       Chase Bank Card,    P.O. Box 15238,    Wilmington, DE 19850
516262401       Citi,    Credit Bureau Disp,    Sioux Falls, SD 57117
516262402       Citi Visa,    Att: United Recovery Systems,    P.O. Box 722910,    Houston, TX 77272-2910
516262404      +Citibank,    Att: Client Services, Inc.,    3451 Harry S. Truman Boulevard,
                 Saint Charles, MO 63301-9816
516262405      +Citibank Stu,    701 E. 60th Streey North,    Sioux Falls, SD 57104-0493
516262406      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
516262407      +Client Services, Inc.,    3451 Harry S. Truman Boulevard,    Saint Charles, MO 63301-9816
516262408      +Community Management Corp.,    1030 Clifton Avenue - #205,    Clifton, NJ 07013-3522
516262409      +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
516262414       Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309
516262415      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
516262416      +Future Scripts,    P.O. Box 30219,    Tampa, FL 33630-3219
516262417       Future Scripts,    P.O. Box 790227,    Saint Louis, MO 63179-0227
516262419      +GC Services Ltd Partnership,    6330 Gulfton - #303,    Houston, TX 77081-1108
516262420      +GC Services Ltd Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
516262418      +Gastrointestinal Associates,    140 Chestnut Street - Suite 300,    Ridgewood, NJ 07450-2518
516262421      +Independent Recovery Resources,    24 Railroad Avenue,    Patchogue, NY 11772-3518
516262423      +KML Law Group PC,    416 Haddon Avenue - Suite 406,    Westmont, NJ 08108-1330
516262424      +Madison Trust for Stonefield IV,    21 Robert Pitt Drive - Suite 207,    Monsey, NY 10952-5305
516262426      +Mahwah Tax Collector,    P.O. Box 769,    Mahwah, NJ 07430-0769
516262425      +Mahwah Tax Collector,    475 Corporate Drive,    P.O. Box 733,    Mahwah, NJ 07430-0733
516262428      +Neurology Group of Bergen County,    Att: Independent Recovery Resources,    24 Railroad Avenue,
                 Patchogue, NY 11772-3518
516262429      +Neurology Group of Bergen County,    1200 East Ridgewood Avenue,    Second Floor - West Wing,
                 Ridgewood, NJ 07450-3937
516262430      +ODPC/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
516262431      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516262432       PNC Bank, N.A.,    P.O. Box 1397,    Pittsburgh, PA 15230-1397
516262433      +PNC Bank, NA (FDIC),    222 Delaware Avenue,    Wilmington, DE 19801-1621
516262436      +Sears/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
516262435      +Sears/CBNA,    Att: GC Services Ltd Partnership,    6330 Gulfton - #303,
                 Houston, TX 77081-1108
516262439      +Shellpoint Mortgage Services,    55 Beattie Place - Suite 110,    Greenville, SC 29601-5115
516262440       Shellpoint Mortgage Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
516262441      +State of NJ Student Assoc.,    P.O. Box 538,    Trenton, NJ 08625-0538
516262442      +State of NJ Student Assoc.,    P.O. Box 543,    Trenton, NJ 08625-0543
516262444      +State of NJUStudent Assoc.,    4 Quaker Bridge Plaza,    P.O. Box 544,    Trenton, NJ 08625-0544
516262445      +Student Loan Trust,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
516262446      +Summit Collection Services,    50 N Franklin Turnpike - Suite 1,    Ho Ho Kus, NJ 07423-1562
516262448      +The Bank of New York,    Att: KML Law Group PC,    216 Haddon Avenue - Suite 406,
                 Westmont, NJ 08108-2812
516262449       Trans Union,    P.O. Box 2000,    Chester, PA 19022-2000
516262450      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631
516262451      +Transworld Systems Inc.,    Two Huntington Quadrangle,    Suite 3NO2,    Melville, NY 11747-4503
516262455      +Valley Emergency Room Assoc. PA,    223 N Van Dien Avenue,    Ridgewood, NJ 07450-2726
516262454      +Valley Emergency Room Assoc. PA,    Att: Amerifinancial Solution,    P.O. Box 7,
                 Vassar, MI 48768-0007
516262457      +Valley Hospital,    223  N. Van Dien Avenue,    Ridgewood, NJ 07450-2736
516262456      +Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
516262458      +Valley Hospital,    Att: Transworld Systems Inc.,    Two Huntington Quadrangle,    Suite 3N02,
                 Melville, NY 11747-4510
516262460      +Valley Medical Services,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2726
516262459      +Valley Medical Services,    Att: Summit Collection Services,    50 N Franklin Turnpike - Suite 1,
                 Ho Ho Kus, NJ 07423-1570
516262461      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494
516262463      +WF/WB,    P.O. Box 3117,    Winston Salem, NC 27102-3117
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Sep 30, 2016
                               Form ID: 318                 Total Noticed: 85
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2016 00:02:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2016 00:02:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516262374        EDI: BANKAMER.COM Sep 30 2016 23:43:00      Bank of America,    P.O. Box 982238,
                 El Paso, TX 79998
516262380       +EDI: TSYS2.COM Sep 30 2016 23:43:00      Barclays Bank Delaware,    700 Prides Xing,
                 Newark, DE 19713-6102
516262381       +EDI: TSYS2.COM Sep 30 2016 23:43:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
516262382       +EDI: TSYS2.COM Sep 30 2016 23:43:00      Barclays Bank Delaware (FDIC),    Headquarters,
                 125 South West Street,    Wilmington, DE 19801-5014
516262389        EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One Bank USA,    15000 Capital One Drive,
                 Richmond, VA 23238
516262383       +EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
516262384       +EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
516262385       +EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One,    26525 N Riverwoods Boulevard,
                 Mettawa, IL 60045-3438
516262393       +EDI: CHASE.COM Sep 30 2016 23:43:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262395       +EDI: CHASE.COM Sep 30 2016 23:43:00      Chase Bank USA, NA (FDIC),
                 200 White Clay Center Drive,    Newark, DE 19711-5466
516262396       +EDI: CHASE.COM Sep 30 2016 23:43:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
516262399       +EDI: CITICORP.COM Sep 30 2016 23:43:00      Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
516262403       +EDI: CITICORP.COM Sep 30 2016 23:43:00      Citibank,    701 East 60th Street N,
                 Sioux Falls, SD 57104-0493
516262410        EDI: DISCOVER.COM Sep 30 2016 23:43:00      Discover Financial Services,    P.O. Box 15316,
                 Wilmington, DE 19850
516262413       +EDI: TSYS2.COM Sep 30 2016 23:43:00      DSNB Macy’s,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
516262422       +EDI: CHASE.COM Sep 30 2016 23:43:00      JPMorgan Chase Bank, N.A. (FDIC),
                 1111 Polaris Parkway,    Columbus, OH 43240-2031
516262427       +EDI: NAVIENTFKASMSERV.COM Sep 30 2016 23:43:00      Navient,    P.O. Box 9500,
                 Wilkes-Barre, PA 18773-9500
516262447       +EDI: RMSC.COM Sep 30 2016 23:43:00      SYNCB/Lord & Taylor,    P.O. Box 965015,
                 Orlando, FL 32896-5015
516262438        EDI: SEARS.COM Sep 30 2016 23:43:00      Sears/CBNA,    133200 Smith Road,    Cleveland, OH 44130
516262434       +EDI: SEARS.COM Sep 30 2016 23:43:00      Sears/CBNA,    P.O. Box 6283,
                 Sioux Falls, SD 57117-6283
516262453       +EDI: CITICORP.COM Sep 30 2016 23:43:00      UNVL/Citi,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
516262452        EDI: URSI.COM Sep 30 2016 23:43:00      United Recovery Systems,    P.O. Box 722910,
                 Houston, TX 77272-2910
516262462       +E-mail/Text: vci.bkcy@vwcredit.com Oct 01 2016 00:03:01      VW Credit Inc,
                 1401 Franklin Boulevard,    Libertyville, IL 60048-4460
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516262375*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262376*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262377*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262378*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
516262390*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,     15000 Capital One Drive,
                 Richmond, VA 23238)
516262391*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,     15000 Capital One Drive,
                 Richmond, VA 23238)
516262386*     +Capital One,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3438
516262387*     +Capital One,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3438
516262397*     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262398*     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516262400*     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
516262411*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial Services,     P.O. Box 15316,
                 Wilmington, DE 19850)
516262412*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial Services,     P.O. Box 15316,
                 Wilmington, DE 19850)
```

```
District/off: 0312-2           User: admin                 Page 3 of 3                   Date Rcvd: Sep 30, 2016
                               Form ID: 318                Total Noticed: 85

              ***** BYPASSED RECIPIENTS (continued) *****
516262437*      +Sears/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
516262443*      +State of NJ Student Assoc.,   P.O. Box 543,   Trenton, NJ 08625-0543
                                                                                        TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:

```
              Adam D. Greenberg    on behalf of Creditor    Madison Trust Company as Collateral Assignee of
               Stonefield Investment Fund IV, LLC agreenberg@hgllclaw.com,   Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Defendant    US Dept of Education eamonn.ohagan@usdoj.gov
              Michelle  Labayen    on behalf of Plaintiff Dilip Shiv Katara njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Michelle  Labayen    on behalf of Plaintiff Priya Dilip Katara njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Virginia E. Fortunato    on behalf of Debtor Dilip S Katara njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
              Virginia E. Fortunato    on behalf of Joint Debtor Priya  Katara njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
                                                                                             TOTAL: 9
```